IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03052-BNB

ARTURO SIGALA,
     Applicant,

v.

ERICK [sic] HOLDER, JR.,
JOHN KERRY,
JOHN NORTON,
JOHN LONGSHORE,
MR. CHOATES,
JOHN SUTHERS, and
CORINA E. ALMEIDA,
     Respondents.

ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 2, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge