**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03052-RM

ARTURO SIGALA,

    Petitioner,

v.

ERIC HOLDER, JR., AND
MR. CHOATES,

    Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Doc. No. 17, filed January 24, 2014], it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1, filed November 8, 2013], is DENIED and this action is DISMISSED. It is

FURTHER ORDERED that Respondents may recover their costs under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

  Dated at Denver, Colorado this 27th day of January, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/Edward P. Butler
                                      Edward P. Butler, Deputy Clerk